Official Form 1 (10/06)

| United States Bankruptcy Court<br>Northern **DISTRICT OF** Illinois | Voluntary Petition |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>Roberts, Janell | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Roberts, Kenneth |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all):<br>XXX-XX-2383 | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all):<br>XXX-XX-3217 |
| Street Address of Debtor (No. and Street, City, and State):<br>2053 Teton Pkwy<br>Algonquin, IL          ZIP Code 60102 | Street Address of Joint Debtor (No. and Street, City, and State):<br>2053 Teton Pkwy<br>Algonquin, IL          ZIP Code 60102 |
| County of Residence or of the Principal Place of Business:<br>McHenry | County of Residence or of the Principal Place of Business:<br>McHenry |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above):          ZIP Code | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [✓] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [✓] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [✓] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [ ] Full Filing Fee attached.
- [✓] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2 million.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**          THIS SPACE IS FOR COURT USE ONLY
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [✓] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets
| $0 to $10,000 | $10,000 to $100,000 | $100,000 to $1 million | $1 million to $100 million | More than $100 million |
|---|---|---|---|---|
| [ ] | [✓] | [ ] | [ ] | [ ] |

Estimated Liabilities
| $0 to $50,000 | $50,000 to $100,000 | $100,000 to $1 million | $1 million to $100 million | More than $100 million |
|---|---|---|---|---|
| [ ] | [ ] | [✓] | [ ] | [ ] |

Official Form 1 (10/06) — Form B1, Page 2

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): M/S. Zanell Roberts / Mr Kenneth Roberts |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: USBC Northern Dst'rl Illinois East Div | Case Number: 99B39523 | Date Filed: 12/23/1994 |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: None | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
   Signature of Attorney for Debtor(s)   (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

| Official Form 1 (04/07) | Form B1, P |
|---|---|
| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | Name of Debtor(s): Mrs Zanell Roberts <br> Mr. Kenneth Roberts |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Zanell Roberts*
Signature of Debtor

X *[signature]*
Signature of Joint Debtor

847-338-8722
Telephone Number (if not represented by attorney)

7-4-07
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in th and correct, that I am the foreign representative of a debtor in a for and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United Certified copies of the documents required by 11 U.S.C. § 1515

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with chapter of title 11 specified in this petition. A certified copy of t order granting recognition of the foreign main proceeding is att

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Prep

I declare under penalty of perjury that: (1) I am a bankruptcy pet defined in 11 U.S.C. § 110; (2) I prepared this document for compe provided the debtor with a copy of this document and the notices required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) set fee for services chargeable by bankruptcy petition preparers, I have notice of the maximum amount before preparing any document for fi or accepting any fee from the debtor, as required in that section. O is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is n state the Social Security number of the officer, principal, respo partner of the bankruptcy petition preparer.) (Required by 11 U.

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, respo partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who pre in preparing this document unless the bankruptcy petition pre individual.

If more than one person prepared this document, attach additional sh to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provision the Federal Rules of Bankruptcy Procedure may result in fines or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Official Form 1, Exhibit D (10/06)

# UNITED STATES BANKRUPTCY COURT

_____District of_____

In re  Zanell Roberts               Case No._____
           Debtor(s)                              (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

Official Form 1, Exh. D (10/06) – Cont.

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]* _____

If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: _____

Date: 7-1-07

2

Official Form 1, Exhibit D (10/06)

# UNITED STATES BANKRUPTCY COURT

_____ District of _____

In re **Kenneth Roberts**　　　　　Case No. _____
　　　Debtor(s)　　　　　　　　　　　　　　　(if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

**Official Form 1, Exh. D (10/06) – Cont.**

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]* _____

_____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: *[signature]*

Date: 7-1-07

2

# BANKRUPTCY WORKSHEET
*Prepared on July 04, 2007*

### Background Information

**Name:** Zanell Roberts  *Kenneth Roberts*
**Address:** 2053 Teton Parkway  *2053 Teton Pkwy*
Algonquin, IL 60102  *Algonquin IL 60102*
**Phone:** (847)658-3549
**SSN:** 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

*Type of Debtor:* ~~Individual~~ *Joint* (including sole proprietor)
*Nature of Debt:* Non Business/Personal

### Real Property

| Description | Value | Debt |
|---|---|---|
| Single Family Townhouse, 2053 Teton Parkway, Algonquin, IL 60102 | $178,000.00 | $153,622.54 |
| Co-Owner(if any): Kenneth Roberts | | |
| **Total Real Property** | **$178,000.00** | **$153,622.54** |

### Personal Property

| Item | Description | Value | Debt |
|---|---|---|---|
| Bank Account: | Checking - Chase Bank<br>Co-owner (if any): _____ | $18.00 | -- |
| Clothing: | Basic Clothing/Computer/Furniture<br>Co-Owner (if any): _____ | $600.00 | $0.00 |
| IRA's/pensions: | Retirement Account/TIAA CREF<br>Co-Owner (if any): none | $5,824.25 | $0.00 |
| Unliquidated Claims: | Law Suit<br>Co-Owner (if any): none | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| *Vehicles:* | 2004 Chevy Cavalier | $1,700.00 | $0.00 |
| | Co-Owner (if any): none | | |
| ***Total Personal Property*** | | ***$8,142.25*** | ***$0.00*** |
| ***Total Property*** | | ***$186,142.25*** | ***$153,622.54*** |

## Secured Creditors

**Name:** National City Mortgage
**Address:** 3232 Newmark Drive
Miamisburg, OH 45342
Account number 0002321448

| Collateral | Value | Amount owed |
|---|---|---|
| | $178,000.00 | $153,622.54 |

## Non-Priority Unsecured Creditors

**Name:** Northwest Suburban Imaging ASC
**Address:** 34659 Eagle Way
Chicago, IL 60678
Amount owed:      $154.00
Account number: 000741879

**Name:** Carpentersville Fire Department
**Address:** 1200 Besinger Drive
Carpentersville, IL 60110
Amount owed:      $800.00
Account number: 06271

**Name:** Wellington Radiology Group
**Address:** 39006 Treasury Center
Chicago, IL 60694
Amount owed:      $1,242.00
Account number: G398826C

**Name:** Advocate Good Shepard Hospital
**Address:** 450 West Highway 22
Barrington, IL 60010

Amount owed:           $250.00
Account number: 609782412

**Name:**      Profession Account Management LLC - Representing TCF Bank
**Address:**   PO Box 391
               Milwaukee, WI  53201
Amount owed:           $168.79
Account number: 6394369

**Name:**      CBCS - Representing MCI Communications
**Address:**   PO BOX 69
               Columbus, OH  43216
Amount owed:           $234.95
Account number: 03-42513764

**Name:**      MHS Physicians Services
**Address:**   PO Box 5081
               Janesville, WI  53547
Amount owed:           $25.00
Account number: 8043-0631

**Name:**      Nicor Gas
**Address:**   PO Box 416
               Aurora, IL  60568
Amount owed:         $1,226.42
Account number: 59-84-45-2752 9

**Name:**      Forest Recovery Services - Representing Lake Cook Orthopedics
**Address:**   PO Box 83
               Barrington, IL  60010
Amount owed:           $35.00
Account number: FRS2456

**Name:**      MHS Physicians Services
**Address:**   PO Box 5081
               Janesville, WI  53547
Amount owed:           $66.00
Account number: 8034-4048

**Name:**      Good Shepherd Hospital
**Address:**   450 W. Highway 22
               Barrington, IL  60010

| | |
|---|---|
| Amount owed: | $75.00 |
| Account number: | 607290137 |

| | |
|---|---|
| **Name:** | Good Shepherd Hospital |
| Address: | 450 W. Highway 22 |
| | Barrington, IL  60010 |
| Amount owed: | $100.00 |
| Account number: | 605587401 |

| | |
|---|---|
| **Name:** | Good Shepherd Hospital |
| Address: | 450 W. Highway 22 |
| | Barrington, IL  60010 |
| Amount owed: | $88.41 |
| Account number: | 609041827 |

| | |
|---|---|
| **Name:** | Craig A. Duncan, DDS |
| Address: | 1410 East Algonquin Road |
| | Algonquin, IL  60102 |
| Amount owed: | $116.80 |
| Account number: | 003548 |

| | |
|---|---|
| **Name:** | Tri-County ER Physicians |
| Address: | PO Box 98 |
| | Barrington, IL  60010 |
| Amount owed: | $209.00 |
| Account number: | A512-0060381-01 |

| | |
|---|---|
| **Name:** | Tri-County ER Physicians |
| Address: | PO Box 98 |
| | Barrington, IL  60010 |
| Amount owed: | $352.00 |
| Account number: | A512-0047853-03 |

| | |
|---|---|
| **Name:** | Stuart M. Schwartz DDS |
| Address: | 611 S. Milwaukee Ave. |
| | Libertyville, IL  60048 |
| Amount owed: | $990.50 |
| Account number: | 04627 |

| | |
|---|---|
| **Name:** | Dependon Collection - Representing St. Alexius Emergency Assoc |
| Address: | PO Box 5906 |
| | River Forest, IL  60305 |

Amount owed:         $579.00
Account number: 447781-162746

**Name:**       Good Shepherd Hospital
Address:        450 West Highway 22
                Barrington, IL  60010
Amount owed:         $250.00
Account number: 609782412

**Name:**       Associates in Pediatrics
Address:        1015 Summit Street
                Elgin, IL  60120
Amount owed:         $338.00
Account number: S14318T

**Name:**       Key Financial Services
Address:        PO Box 6216
                Madison, WI  53716
Amount owed:         $339.41
Account number: 165189

**Name:**       Lake County Orthopedic Associates
Address:        27401 W. Hwy 22 Ste 125
                Barrington, IL  60010
Amount owed:         $35.00
Account number: 145686

**Name:**       Northland Group Inc. - Representing HSBC
Address:        PO Box 390846
                Edina, MN  55439
Amount owed:         $657.01
Account number: F7778565

**Name:**       Law Offices of Mitchell N. Kay, P.C. - Representing Jefferson Capital, LLC
Providian Credit Cards
Address:        PO Box 2374
                Chicago, IL  60690
Amount owed:         $2,315.74
Account number: 4146850002214836-C

**Name:**       The Village of Barrington-Inverness
Address:        400 N. Northwest Hwy

                    Barrington, IL  60010
Amount owed:       $330.00
Account number: P3359215

**Name:**       Vengroff, Williams & Assoc
Address:      PO Box 4155
              Sarasota, FL  34230
Amount owed:      $6,030.64
Account number: 0409573185

**Name:**      Blatt, Hasenmiller, Leibsker & Moore, LLC- Representing Apsire Visa Card
Address:      125 South Wacker Dr.
              Chicago, IL  60606
Amount owed:      $2,315.74
Account number: 4146850002214836 Ref #1822826

**Name:**      Midland Credit Mgt. - Representing First Consumer National Bank
Address:      Department 8870
              Los Angeles, CA  90084
Amount owed:      $1,928.54
Account number: 5421160000028243 Acct #8520226588

**Name:**      Direct TV
Address:      PO Box 9001069
              Louisville, KY  40290
Amount owed:      $90.69
Account number: 11761723

**Name:**      Riddle & Associates, P.C Representing Capitol One/SBC Ameritech
Address:      PO Box 1187
              Sandy, UT  84091
Amount owed:      $195.77
Account number: 0002684152

**Name:**      Merchants Credit Guide
Address:      223 W. Jackson Blvd
              Chicago, IL  60606
Amount owed:      $64.95
Account number: 08-070450349

**Name:**      Sound and Spirit
Address:      PO Box 1958

|  |  |
|---|---|
|  | Indianapolis, IN  46291 |
| Amount owed: | $105.56 |
| Account number: | 8778349-954C10556 |
| **Name:** | Kane County State's Attny |
| Address: | PO Box 35 |
|  | South Elgin, IL  60177 |
| Amount owed: | $358.18 |
| Account number: | KAN17318823-459 |
| **Name:** | Music & Arts Centers |
| Address: | 4626 Wedgewood Blvd |
|  | Frederick, MD  21703 |
| Amount owed: | $251.50 |
| Account number: | 664309 |
| **Name:** | Clerk of the Circuit Court |
| Address: | 28 N. Clark Room 200 |
|  | Chicago, IL  60602 |
| Amount owed: | $540.00 |
| Account number: | 91CS5762 |
| **Name:** | Clerk of the Circuit Court |
| Address: | 28 N. Clark Room 200 |
|  | Chicago, IL  60602 |
| Amount owed: | $393.00 |
| Account number: | 87CS004513 |
| **Name:** | GC Services Limited Partnership |
| Address: | PO Box 5400 |
|  | Carol Stream, IL  60197 |
| Amount owed: | $470.00 |
| Account number: | 098680549 |
| **Name:** | NCO Financial - Dept 300 |
| Address: | 1804 Washington Blvd |
|  | Baltimore, MD  21230 |
| Amount owed: | $330.18 |
| Account number: | 8493000 |
| **Name:** | North Shore Agency |
| Address: | PO Box 8901 |

- 7 -

                            Westbury, NY  11590
**Amount owed:**        $30.40
Account number: 438252

**Name:**        Creditors Resource Service
**Address:**     1807 W. Diehl Road
                Naperville, IL  60566
**Amount owed:**    $2,681.32
Account number: 315967

**Name:**        Enhanced Recovery Corp Rep T-Mobile
**Address:**     8014 Bayberry Rd
                Jacksonville, FL  32256
**Amount owed:**    $150.00
Account number: 472125140-C1

**Name:**        Schaumburg Christian School
**Address:**     Dept 77-52310
                Chicago, IL  60678
**Amount owed:**    $995.00
Account number: 24247

**Name:**        Professional Account Mgt - TCF Bank
**Address:**     PO Box 1022
                Wixom, MI  48393
**Amount owed:**    $168.79
Account number: 6394369

**Name:**        City of Chicago/Parking
**Address:**     PO Box 88292
                Chicago, IL  60680
**Amount owed:**    $700.00
Account number: _____

**Name:**        MetLife - Group Dental Claims
**Address:**     PO Box 981282
                EL Paso, Tx  79998
**Amount owed:**    $603.20
Account number: 158726

**Name:**        The Illinois Tollway
**Address:**     135 S. LaSalle Dept 8021

|              |                    |
|--------------|--------------------|
|              | Chicago, IL  60674 |
| Amount owed: | $377.90            |
| Account number: | VS06017693      |

**Name:** Village of Copper Oaks HOA
**Address:** C/OKMW Property MGMT, 1548 E. Algonquin Rd #303
Algonquin, IL  60102
**Amount owed:** $397.00
**Account number:** 132053

**Name:** Arnold Scott Harris P.C.
**Address:** 600 W. Jackson Blvd
Chicago, IL  60661
**Amount owed:** $701.50
**Account number:** 30672834

**Name:** CBC Credit Services
**Address:** 5300 S. 6th Street
Springfield, IL  62703
**Amount owed:** $6,582.66
**Account number:** 409573185

*[Handwritten note:]* Financial Compliance Unit
22nd Judicial Circuit  # 113 00
McHenry county
Woodstock, IL 60098  815-334-4190

Richard Gutof
Westmoreland Bldg Ste 312
9933 Lawler Ave
Skokie, IL 60077  $ 300 —

**Name:** Superior Asset, Inc.
**Address:** PO Box 47248
Oak Park, MI  48237
**Amount owed:** $1,650.76
**Account number:** 310726695

### Executory (unfinished) Contracts and Unexpired Leases

**Contracts**
**Name:** Keller Williams Realty/Rose McElroy
**Address:** _____
Chicago, IL  _____

Description of contract: Contract to sell home
Your role in the contract: Seller

### Monthly Income

NW Hours and Earnings                                              $1,208.25

    - Federal Income Taxes            $40.00

-9-

|  |  |  |
|---|---:|---:|
| - Social Security Taxes | $140.00 | |
| - State Income Taxes | $37.00 | |
| - Local Income Taxes | $0.00 | |

Spouse Hours Wages $0.00

| - Federal Income Taxes | $0.00 |
| - Social Security Taxes | $0.00 |
| - State Income Taxes | $0.00 |
| - Local Income Taxes | $0.00 |

Child Support $390.00

| - Federal Income Taxes | $0.00 |
| - Social Security Taxes | $0.00 |
| - State Income Taxes | $0.00 |
| - Local Income Taxes | $0.00 |

***Income Prior to Monthly Expenses***     ***$991.25***

## Monthly Expenses

Residential
  Mortgage or rent                             $2,184.64
  Property/Renters Insurance                      $0.00
  Property Taxes                                  $0.00

Utilities
  Electricity                                    $60.00
  Gas                                           $125.00
  Water/Garbage                                  $70.00
  Telephone                                     $130.00
  Cable TV                                      $100.00

Household
  Home Maintenance/Repairs/Supplies             $100.00
  Grocery                                       $600.00

Medical
  Insurance                                      $40.00
  Doctors/Dental                                $100.00
  Medications/Other                             $150.00

- 10 -

Personal
- Clothing — $100.00
- Child Care — $600.00
- Entertainment/Travel/Vacations — $50.00
- Gifts/Holidays — $100.00
- Life Insurance — $0.00
- Gasoline — $280.00
- Public Transportation — $130.00
- _____ — $0.00

**Total Monthly Expense**               $4,919.64

**Total Income after Expense**          $-3,928.39

- 11 -