# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  ZANELL ROBERTS & KENNETH ROBERTS              Case Number: 07-71599
        2053 TETON PKWY                SSN-xxx-xx-2383 & xxx-xx-3217
        ALGONQUIN, IL  60102

                                              Case filed on:         7/5/2007
                                              Plan Confirmed on:
                        U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $5,047.24        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY SCOTT A BENTLEY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 063 | JOSEPH D. OLSEN (7 TRUSTEE) | 0.00 | 0.00 | 0.00 | 0.00 |
| 064 | AMERICREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | CLERK OF THE CIRCUIT CT | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | DEPARTMENT OF TREASURY | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | DEPARTMENT OF TREASURY | 0.00 | 0.00 | 0.00 | 0.00 |
| 065 | INTERNAL REVENUE SERVICE | 2,961.67 | 2,961.67 | 0.00 | 0.00 |
| 068 | PRISCILLA MCMORRIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 069 | ILLINOIS DEPT OF HEALTHCARE | 5,397.43 | 5,397.43 | 0.00 | 0.00 |
|  | Total Priority | 8,359.10 | 8,359.10 | 0.00 | 0.00 |
| 999 | ZANELL ROBERTS | 0.00 | 0.00 | 5,047.24 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 5,047.24 | 0.00 |
| 001 | NATIONAL CITY MORTGAGE COMPANY | 21,104.46 | 21,104.46 | 0.00 | 0.00 |
| 067 | VILLAGE OF COPPER OAKS HOMEOWNERS ASSOC | 972.00 | 972.00 | 0.00 | 0.00 |
|  | Total Secured | 22,076.46 | 22,076.46 | 0.00 | 0.00 |
| 005 | SALLIE MAE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ADVOCATE GOOD SHEPARD HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ADVOCATE GOOD SHEPARD HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ADVOCATE GOOD SHEPARD HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ADVOCATE GOOD SHEPARD HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ADVOCATE GOOD SHEPARD HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ARNOLD SCOTT HARRIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ASSOCIATES IN PEDIATRICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | BLATT, HASSENMILLER, LEIBSKER & MOORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CARPENTERSVILLE FIRE DEPT. | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CBCS / MCI COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CITY OF CHICAGO | 680.00 | 680.00 | 0.00 | 0.00 |
| 017 | CLERK OF THE CIRCUIT CT. | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | CLERK OF THE CIRCUIT CT. | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | CRAIG A. DUNCAN DDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | CREDITORS RESOURCE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | DEPENDON COLLECTION / ST. ALEXIUS EMERGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | DIRECT TV | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ENHANCED RECOVERY CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | FOREST RECOVERY / LAKE COOK ORTHOPEDICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | GC SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ILLINOIS TOLLWAY | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | KANE COUNTY STATE ATTY | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | KEY FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | LAKE COUNTY ORTHOPEDIC ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | MERCHANTS CREDIT GUIDE | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | MET-LIFE GROUP DENTAL CLAIMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | MHS PHYSICIANS SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | MHS PHYSICIANS SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | MIDLAND CREDIT MGMT / FIRST CONSUMER NAT | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | MITCHELL N. KAY P.C. / JEFFERSON CAPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | MUSIC & ART CENTERS | 346.10 | 346.10 | 0.00 | 0.00 |
| 037 | NCO FINANCIAL - DEPT 300 | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | NORTH SHORE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | NORTHLAND GROUP INC. / HSBC | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | NORTHWEST SUBURBAN IMAGING | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | PROF. ACCT MGMT / TCF BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | PROFESSION ACCT MGMT / TCF BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | RICHARD S. GUTOF & ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---|---:|---:|---:|---:|
| 045 | RIDDLE & ASSOC. / SBC | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | SCHAUMBURG CHRISTIAN SCHOOL | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | SOUND & SPIRIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 048 | STUART M. SCHWARTS DDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 049 | SUPERIOR ASSET | 0.00 | 0.00 | 0.00 | 0.00 |
| 050 | TRI-COUNTY ER PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 051 | VENGROFF, WILLIAMS & ASSOC. / AMERICREDI | 0.00 | 0.00 | 0.00 | 0.00 |
| 052 | WELLINGTON RADIOLOGY GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 053 | JEFFERSON CAPITAL SYSTEMS, LLC | 1,288.26 | 1,288.26 | 0.00 | 0.00 |
| 054 | CREDITORS COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 055 | COOK CTY STATES ATTY | 0.00 | 0.00 | 0.00 | 0.00 |
| 056 | VCB COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 057 | UNIQUE NATIONAL COLL | 0.00 | 0.00 | 0.00 | 0.00 |
| 058 | FCNB MASTER TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
| 059 | HARRIS & HARRIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 060 | HARVARD COLLECTION SVC | 0.00 | 0.00 | 0.00 | 0.00 |
| 061 | MEDICAL BUSINESS BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 062 | PELLETTIERI & HENNIBGS PC | 1,269.00 | 1,269.00 | 0.00 | 0.00 |
| 065 | INTERNAL REVENUE SERVICE | 750.49 | 750.49 | 0.00 | 0.00 |
| 066 | AMERICREDIT | 6,030.64 | 6,030.64 | 0.00 | 0.00 |
| | Total Unsecured | 10,364.49 | 10,364.49 | 0.00 | 0.00 |
| | Grand Total: | 40,800.05 | 40,800.05 | 5,047.24 | 0.00 |

Total Paid Claimant:     $5,047.24
Trustee Allowance:       $0.00
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  11/24/2008            By   /s/Heather M. Fagan

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: TIM R. BUNCH  
5343 GETTYSBURG DRIVE  
LOVES PARK, IL  61111  

SSN-xxx-xx-8145

Case Number: 07-71805

Case filed on: 7/30/2007  
Plan Confirmed on: 10/22/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $7,913.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY GARY C FLANDERS | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 |
| 999 | TIM R. BUNCH | 0.00 | 0.00 | 226.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 226.00 | 0.00 |
| 002 | ROCK VALLEY FEDERAL CREDIT UNION | 11,692.58 | 11,692.58 | 2,346.92 | 1,298.22 |
|  | Total Secured | 11,692.58 | 11,692.58 | 2,346.92 | 1,298.22 |
| 001 | CITIZENS FINANCE | 1,974.24 | 1,974.24 | 0.00 | 0.00 |
| 003 | CAPITAL ONE | 942.95 | 942.95 | 0.00 | 0.00 |
| 004 | CASH CALL, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | HEIGHTS FINANCE | 2,371.66 | 2,371.66 | 0.00 | 0.00 |
| 006 | ROUNDUP FUNDING LLC | 1,098.70 | 1,098.70 | 0.00 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 594.08 | 594.08 | 0.00 | 0.00 |
| 008 | RADIOLOGY CONSULTANTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ROYCE FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | SWEDISH AMERICAN HOSPITAL | 1,725.79 | 1,725.79 | 0.00 | 0.00 |
|  | Total Unsecured | 8,707.42 | 8,707.42 | 0.00 | 0.00 |
|  | Grand Total: | 23,900.00 | 23,900.00 | 6,072.92 | 1,298.22 |

Total Paid Claimant:     $7,371.14  
Trustee Allowance:         $541.86  
Percent Paid Unsecured:       0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  11/24/2008          By  /s/Heather M. Fagan